UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
Plaintiff,                 )
                           )    Case # 2:12-mj-0004 PAL
vs.                        )
                           )    DESIGNATION OF RETAINED COUNSEL
MARISSA TADEO LAPID        )    AND APPEARANCE PRAECIPE
                           )
Defendant.                 )

The undersigned defendant hereby appoints ELIOT F. KRIEGER w/Local Counsel Michael Marcarello to appear generally for him/her as his/her attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

DATED: 1-17-2012                    _____
                                    MARISSA LAPID
                                    Defendant's signature

### APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then ONLY when consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED: 1-17-2012                    _____
                                    Attorney's signature

JARVIS, KRIEGER & SULLIVAN
Attorney's address

444 W. OCEAN BLVD #1700
LONG BEACH, CA 90802
562-597-7070
Attorney's phone number

Revised 6/15/09